David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Donald J. Kula, Bar No. 144342
DKula@perkinscoie.com
Oliver M. Gold, Bar No. 279033
OGold@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiff General Mills India Private Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL MILLS INDIA PRIVATE LTD., organized and existing under the laws of India,<br><br>Plaintiff,<br><br>v.<br><br>KOSTAS INTERNATIONAL, INC., a California corporation; SUJATA FLOUR MILLING COMPANY (UK) LIMITED, a Texas corporation; KIRIT PATEL, an individual,<br><br>Defendants. | Case No. 2:15-cv-09745 CAS JEM<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR PERMANENT INJUNCTION |

The Court having considered the Stipulated Permanent Injunction executed by Plaintiff General Mills India Private Ltd., on the one hand, and Defendants Kostas International, Inc., ("Kostas") and Kirit Patel ("Patel") (collectively "Defendants"), on the other hand, as part of the settlement in this matter,

**IT IS HEREBY ORDERED** that the Defendants, along with Defendants' directors, principals, officers, agents, servants, employees, representatives,

successors and assigns shall be and hereby are PERMANENTLY ENJOINED and restrained from:

    (1)    Using GMI-India's SUJATA Mark, or any confusingly similar mark, logo, trade name, domain name or other source identifier, in connection with the import, sale or distribution of Kostas's Atta baking flour or any Indian food product;

    (2)    Inducing or enabling others to violate GMI-India's SUJATA Mark in connection with the import, sale or distribution of Kostas's Atta baking flour or any Indian food product.

**IT IS SO ORDERED.**

Dated: February 2, 2016

*[signature: Christina A. Snyder]*

THE HONORABLE CHRISTINA A. SNYDER
United States District Court Judge